IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLMARY TOUSSAINT,<br><br>        Plaintiff<br><br>    VS.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security<br><br>        Defendant | NO. 5: 06-CV-96 (DF)<br><br>**Before the U. S. Magistrate Judge**<br><br>**SOCIAL SECURITY APPEAL** |

## ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

Plaintiff herein has petitioned this court to allow her to proceed *in forma pauperis* in the above-captioned proceeding. However, plaintiff shows in the affidavit attached to her petition that she has sufficient assets to preclude her being granted *in forma pauperis* status. Specifically, she indicates that she has a house and land valued at $130,000. According to her affidavit, approximately $79,000 is owing on the mortgage loan on this property; that means that there is more than sufficient equity in this property to permit her to pay the required filing fee. In addition, she shows that she has $3,226.13 cash in a checking or savings account.

Accordingly, plaintiff's application herein to proceed *in forma pauperis* is **DENIED**. Said matter may be filed and docketed only upon the payment of the $250.00 filing fee by the plaintiff.

SO ORDERED, this 28th day of MARCH, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE