IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLMARY TOUSSAINT,

    Plaintiff

  VS.        No. 5:06-CV-96 (DF)

JO ANNE B. BARNHART,
Commissioner of Social Security,   SOCIAL SECURITY APPEAL
           BEFORE THE U. S. MAGISTRATE JUDGE

    Defendant

---

# O R D E R

   Upon motion by defendant, the Commissioner requests voluntary remand of this claim for further administrative proceedings.

   Upon receipt of the court order, the Appeals Council will remand the case to the Administrative Law Judge for a *de novo* hearing with instructions to enter all appropriate documents into the record.  Counsel for plaintiff advises the court that he does not object to remand.

   Accordingly, IT IS ORDERED AND DIRECTED that the above-captioned proceeding be, and it is, REMANDED for further proceedings  pursuant to Sentence Six of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

   SO ORDERED AND DIRECTED, this 30th day of June, 2006.



           CLAUDE W. HICKS, JR.
           UNITED STATES MAGISTRATE JUDGE